# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL CONNOLLY, | : | |
| Plaintiff, | : | CIVIL ACTION |
| v. | : | NO. 12-cv-0315 |
| C/O JOSE OQUENDO, ET AL., | : | |
| Defendants. | : | |

## ORDER

AND NOW, this 8th day of August, 2013, upon consideration of Defendant Prison Health Service's Motion for Summary Judgment (Doc. No. 34), it is hereby ORDERED that the Defendant's Motion is GRANTED and Summary Judgment is hereby entered in favor of Defendant Prison Health Services and against Plaintiff on all of the Plaintiff's claims in the Complaint against Prison Health Services in no amount.

BY THE COURT:

s/J. Curtis Joyner
J. CURTIS JOYNER, J.